UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMSPEC INTERNATIONAL, INC.,

       Plaintiff,                     Case No.  10-12601
                                          HON. BERNARD A. FRIEDMAN
                                          MAGISTRATE JUDGE PAUL J. KOMIVES
v.

RENTSONIC, LLC., et al.,

       Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE KOMIVES' JANUARY 17, 2012 REPORT AND RECOMMENDATION DENYING DEFENDANTS' MOTION TO DISMISS**

     This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation ("R and R") dated January 17, 2012, recommending that the Court deny Defendants' Motion to Dismiss.  Neither party filed an objection to the R and R.

     This Court has had an opportunity to fully review this matter and the parties' filings, and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons. The Court hereby adopts pages 1-3 of the R and R, comprising the procedural background of this matter, as though restated herein.

     Defendants' motion does not contain any factual support or evidence, and contains only five one-sentence arguments, without any further analysis.  As discussed in the R and R, the Court finds that Defendants' motion should be denied because it does not comply with the requirement in Fed. R. Civ. P. 7(b)(1) that a motion must "state with particularity the grounds for seeking the order."

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Paul J. Komives' Report and Recommendation dated January 17, 2012, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss is DENIED.


Dated: February 3, 2012         s/Bernard A. Friedman
      Detroit, Michigan       BERNARD A. FRIEDMAN
                                UNITED STATES DISTRICT JUDGE